1    BARRY J. PORTMAN
     Federal Public Defender
2    ANGELA M. HANSEN
     Assistant Federal Public Defender
3    555 - 12th Street, Suite 650
     Oakland, CA 94607-3627
4    Telephone: (510) 637-3500

5    Counsel for Defendant COBIAN

6

7                        UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9                               OAKLAND DIVISION

10   UNITED STATES OF AMERICA,          )      No. CR-11-00480 SBA
                                        )
11              Plaintiff,              )      STIPULATED REQUEST TO CONTINUE
                                        )      HEARING DATE TO OCTOBER 24, 2011
12         v.                           )      AND TO EXCLUDE TIME UNDER THE
                                        )      SPEEDY TRIAL ACT AND  ORDER
13                                      )
     ALFREDO COBIAN, JR.,               )
14                                      )      Hearing Date: September 19, 2011
                Defendant.              )      Time:            10:00 a.m.
15                                      )
     _____)
16

17          The above-captioned matter is set on September 19, 2011 before this Court for a status

18   hearing.  The parties jointly request that the Court continue the matter to October 24, 2011 at

19   10:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

20   3161(h)(7)(A) and (B)(iv), between September 19, 2011 and October 24, 2011.

21          On July 14, 2011, the Grand Jury charged Alfredo Cobian as a felon in possession of a

22   firearm, in violation of 18 U.S.C. § 922(g).  He faces a statutory maximum of ten years in

23   custody.  Mr. Cobian made his initial appearance on July 20, 2011, and the magistrate court

24   released Mr. Cobian on a secured bond on July 25, 2011.

25          The current status of the case is that the parties are negotiating this matter and anticipate

26   that there will be a negotiated disposition of the case.  In the meantime, the government has

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-00480 SBA

1   produced discovery to the defense and defense counsel needs additional time to review and

2   process the discovery provided and to discuss those materials with her client.  The defense also

3   requires additional time to complete its investigation of the circumstances of the offense and to

4   collect Mr. Cobian's prior conviction records to prepare an estimate of his anticipated Guidelines

5   range.

6        The requested continuance will allow the defense to complete its review of the discovery,

7   to investigate the underlying facts of the case, and to obtain and review records.  For this reason,

8   the parties agree that the failure to grant this continuance would unreasonably deny counsel for

9   defendant the reasonable time necessary for effective preparation, taking into account the

10  exercise of due diligence.

11       The parties further stipulate and agree that the ends of justice served by this continuance

12  outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the

13  parties agree that the period of time from September 19, 2011 to October 24, 2011, should be

14  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

15  and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due

16  diligence.

17  DATED: September 15, 2011                    _____/S/_____
                                                 JENNIFER GASPAR
18                                               Assistant United States Attorney

19
    DATED: September 15, 2011                    _____/S/_____
20                                               ANGELA M. HANSEN
                                                 Assistant Federal Public Defender
21

22

23

24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.      Given that the government has produced discovery in this case and that defense counsel needs time to complete its review the discovery and to discuss the discovery materials with her client;

2.      Given that the defense needs additional time to continue to investigate the underlying facts of the case and to obtain records to calculate defendant's sentencing Guidelines range;

3.      Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4.      Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of September 19, 2011 scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for October 24, 2011 at 10:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from September 19, 2011 to October 24, 2011.

DATED:_9/16/11

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-00480 SBA          3