MICHAEL CARDOZA, CA SBN 52264
HOLLY MACKINNON, CA SBN 209408
JYOTI REKHI, CA SBN 234778
CARDOZA LAW OFFICES
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorneys for Defendant
Alfredo Cobian Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-11-00480 SBA |
| Plaintiff, | **ORDER TO EXONERATE BOND** |
| vs. | |
| ALFREDO COBIAN, JR., | |
| Defendant. | |

On July 14, 2011, an indictment was issued against Alfredo Cobian for a violation of 18 U.S.C. §922(g), felon in possession of a firearm.  On July 25, 2011, Mr. Cobian was released on a $100,000 property bond and several other conditions. On December 12, 2011, an Order of Dismissal was signed by Honorable Judge Armstrong dismissing the above-entitled indictment against the Defendant but the property bond was not addressed.  Defendant hereby requests that the property bond be exonerated

1

DATED: February 3, 2012                    Respectfully Submitted,


                                                    /s/
                                           MICHAEL CARDOZA
                                           Attorney for Alfredo Cobian Jr.




**FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED** that the property bond in United States v. Alfredo Cobian, Jr. be exonerated.

**IT IS SO ORDERED.**


DATED:_2/15/12



                                           _____
                                           HONORABLE SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

2